# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LONDON WALLACE,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF FRESNO, et al.,<br><br>    Defendants. | Case No. 1:19-cv-01199-AWI-SAB<br><br>**ORDER RE DISMISSAL OF PLAINTIFF'S SECOND AND SEVENTH CAUSES OF ACTION FROM FIRST AMENDED COMPLAINT**<br><br>(ECF No. 18) |

On October 17, 2019, the parties filed a stipulation to dismiss with prejudice Plaintiff's second and seventh causes of actions. The Court will give effect to the parties' stipulation, and the second and seventh causes of action will no longer be a part of this case.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's second cause of action (excessive force in violation of the Fourteenth Amendment pursuant to 42 U.S.C. § 1983) against Defendants City of Fresno, Christopher Martinez, Ricardo Loza, and Does 1-25 is DISMISSED WITH PREJUDICE from Plaintiff's First Amended Complaint and this civil action in its entirety and as to all parties;

2. Plaintiff's seventh cause of action (negligent infliction of emotional distress under California law) against Defendants City of Fresno, Christopher Martinez, Ricardo Loza, and Does 1-25 is DISMISSED WITH PREJUDICE from Plaintiff's First Amended Complaint and this civil action in its entirety and as to all parties; and

3. Pursuant to the stipulation of the parties, the foregoing dismissals constitute a mutual waiver of all costs, court fees, and attorneys' fees arising out of these causes of action, and any and all claims contained therein, between plaintiff and defendants.

IT IS SO ORDERED.

Dated: October 17, 2019

_____
SENIOR DISTRICT JUDGE