UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LONDON WALLACE,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>CITY OF FRESNO, et al.,<br><br>　　　　Defendants. | Case No. 1:19-cv-01199-AWI-SAB<br><br>ORDER RE STIPULATION RE: AGREEMENT TO ALLOW THE DEPOSITION OF FIVE (5) ADDITIONAL WITNESSES PER SIDE<br><br>(ECF No. 43) |

On October 21, 2020, a stipulation was filed to allow the parties to each take an additional five witness depositions due to the number of witness.   Finding good cause, IT IS HEREBY ORDERED that the stipulation is entered and the parties shall have five (5) additional witness depositions per side.

IT IS SO ORDERED.

Dated:　　**October 21, 2020**　　　　　　　　　　　　　　　　　

UNITED STATES MAGISTRATE JUDGE

-1-