# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LONDON WALLACE,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF FRESNO, et al.,<br><br>    Defendants. | Case No.  1:19-cv-01199-AWI-SAB<br><br>ORDER RE STIPULATION TO AMEND SCHEDULING ORDER<br><br>(ECF No. 45) |

On February 11, 2020, the Court issued a scheduling order setting pretrial deadlines and the trial date for this action. (ECF No. 33.) On January 6, 2021, the parties filed a stipulation requesting the pretrial deadlines and pretrial conference date be extended. (ECF No. 45.) The parties proffer that a previously completed deposition of Plaintiff occurred on November 16, 2020, with Plaintiff's counsel appearing with Plaintiff in the same room, and now, there are four depositions of Defendant officers scheduled in January of 2021. Although the depositions provided for a remote appearance option, the COVID-19 lockdown and travel restrictions in California have made it impossible for defense counsel to meet with these officers or to appear in person with them in the same space at the time of the depositions. The parties state several of the officer Defendants and/or percipient witnesses have either been previously diagnosed or are currently suffering from COVID-19, and as a result, are under quarantine. The parties request an extension of the discovery deadlines in order to allow the parties to reset the depositions to a more conducive time for maintaining the health and safety of those involved. Based on the

proffer and stipulation of the parties, the Court finds good cause to grant the parties' first request to modify the scheduling order.

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that the February 11, 2020 scheduling order is amended as follows:

1. Non-Expert Discovery Deadline: April 2, 2021;
2. Expert Disclosure Deadline: April 9, 2021;
3. Dispositive Motion Filing Deadline: April 21, 2021;
4. Supplemental Expert Disclosure Deadline: April 30, 2021;
5. Expert Discovery Deadline: May 19, 2021;
6. Pre-Trial Conference: June 30, 2021, at 10:00 a.m.; and
7. All other dates and aspects of the February 11, 2020 scheduling order shall remain in effect.

IT IS SO ORDERED.

Dated:   **January 7, 2021**

UNITED STATES MAGISTRATE JUDGE

2