# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LONDON WALLACE, | Case No. 1:19-cv-01199-AWI-SAB |
| Plaintiff, | ORDER REQUIRING DEFENDANTS TO SUPPLEMENT REQUEST FOR REASONABLE ATTORNEY FEES |
| v. | |
| CITY OF FRESNO, et al., | THREE DAY DEADLINE |
| Defendants. | |

London Wallace ("Plaintiff") filed this civil rights action pursuant to 42 U.S.C. § 1983. On March 3, 2021, the parties filed a joint statement of discovery disagreement which is set for hearing on March 10, 2021. The Court has reviewed the joint statement in which Defendants are seeking $2,380.00 for 8.5 hours spent in preparing the motion and for meeting and conferring with Plaintiff's counsel on the issues presented in the current motion to compel further production.

In determining reasonable attorney fees, the Court uses the lodestar method in which the reasonable number of hours expended is multiplied by the reasonable hourly rate to obtain the fee award. Van Gerwin v. Guarantee Mut. Life Co., 214 F.3d 1041,1045 (9th Cir. 2000). The lodestar amount is to be determined based upon the prevailing market rate in the relevant community. Blum v. Stenson, 465 U.S. 886, 896 (1984). "To inform and assist the court in the exercise of its discretion, the burden is on the fee applicant to produce satisfactory evidence—in

1

addition to the attorney's own affidavits—that the requested rates are in line with those prevailing in the community for similar services by lawyers of reasonably comparable skill, experience and reputation." <u>Blum</u>, 465 U.S. at 895 n.11.

Here, while the amount of hours and total sought is set forth, Defendants did not provide any information regarding the 8.5 hours expended or the experience of the attorney to allow the Court to consider whether the fees requested are reasonable.

Accordingly, IT IS HEREBY ORDERED that within **three (3) days** of the date of entry of this order, Defendant shall supplement the joint statement of discovery disagreement to provide a detail of the hours sought and the experience of the attorney in support of the attorney fees requested.

IT IS SO ORDERED.

Dated:   **March 4, 2021**

UNITED STATES MAGISTRATE JUDGE