# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LONDON WALLACE, | Case No.  1:19-cv-01199-AWI-SAB |
| Plaintiff, | ORDER VACATING MARCH 10, 2020 HEARING |
| v. | |
| CITY OF FRESNO, et al., | |
| Defendants. | |

London Wallace ("Plaintiff") filed this civil rights action pursuant to 42 U.S.C. § 1983. On March 3, 2021, the parties filed a joint statement of discovery disagreement and the matter was set for oral argument on March 10, 2021.

The Court, having reviewed the record, finds this matter suitable for decision without oral argument.  See Local Rule 230(g).  Accordingly, the matter is taken under submission.  The previously scheduled hearing set on March 10, 2021, is vacated and the parties will not be required to appear at that time.

IT IS SO ORDERED.

Dated:   **March 9, 2021**

_____
UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28