# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LONDON WALLACE,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF FRESNO, et al.,<br><br>    Defendants. | Case No. 1:19-cv-01199-AWI-SAB<br><br>ORDER RE STIPULATION AND JOINT REQUEST FOR CONTINUANCE OF COURT'S SCHEDULING ORDER DEADLINES<br><br>(ECF No. 54, 58) |

London Wallace ("Plaintiff") filed this civil rights action pursuant to 42 U.S.C. § 1983 in the Fresno County Superior Court on July 30, 2019. (ECF Nos. 1-1, 1-2.) On August 30, 2019, the defendants removed the action to the Eastern District of California. (ECF No. 1.)

On February 11, 2020, the scheduling order issued setting deadlines and the date of trial in this matter. (ECF No. 33.) On January 6, 2021, a stipulation was filed to amend the scheduling order deadlines. (ECF No. 45.) On January 7, 2021, an amended scheduling order was filed setting new deadlines and continuing the pretrial conference to June 30, 2021. (ECF No. 46.)

On April 1, 2021, the parties filed a stipulation requesting amendment of the scheduling order to extend the deadlines for expert discovery and disclosure and the filing of dispositive motions. (ECF No. 54.) The stipulation did not provide sufficient time for any dispositive motion to be decided prior to the pretrial conference. So an informal conference was held on

1

April 6, 2021, to discuss the requested amendment of the scheduling order. Counsel Nolan Kane appeared by video for Plaintiff and counsel Missy O'Linn and Lynn Carpenter appeared by video for Defendants City of Fresno, Christopher Martinez, Ricardo Loza, Michael Aguilar, and Patrick Feller. The parties agreed to meet and confer and file a stipulation that would also address continuing the pretrial conference and trial. On April 9, 2021, a stipulation to continue the deadlines in the scheduling order was filed.

Accordingly, IT IS HEREBY ORDERED that the February 11, 2020 scheduling order, as amended on January 7, 2021, is further amended as follows:

1. Expert disclosure deadline: December 3, 2021
2. Deadline for filing of dispositive motions: February 2, 2022
3. Supplemental expert disclosure deadline: December 31, 2021
4. Expert discovery deadline: January 21, 2022
5. Pretrial conference: June 15, 2022, at 10:00 a.m. in Courtroom (AWI)
6. Trial: August 9, 2022, at 8:30 a.m. in Courtroom (AWI)
7. All other aspects of the February 11, 2020 scheduling order, as amended January 7, 2021, remain in effect.

IT IS SO ORDERED.

Dated:   **April 9, 2021**

UNITED STATES MAGISTRATE JUDGE