# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LONDON WALLACE,<br><br>            Plaintiff,<br><br>    v.<br><br>CITY OF FRESNO, et al.,<br><br>            Defendants. | Case No. 1:19-cv-01199-AWI-SAB<br><br>ORDER RE: STIPULATION AND JOINT REQUEST FOR EXTENSION OF TIME FOR PLAINTIFF'S DEPOSITION OF DEFENDANTS' EXPERT ROBERT FONZI<br><br>(ECF Nos. 33, 46, 59, 60) |

London Wallace ("Plaintiff") filed this civil rights action pursuant to 42 U.S.C. § 1983 in the Fresno County Superior Court on July 30, 2019. (ECF Nos. 1-1, 1-2.) On August 30, 2019, the defendants removed the action to the Eastern District of California. (ECF No. 1.)

On February 11, 2020, the scheduling order issued setting deadlines and the date of trial in this matter. (ECF No. 33.) The scheduling order deadlines were amended on January 7, 2021 and April 12, 2021. (ECF Nos. 46, 59.)

On January 20, 2022, the parties submitted a joint stipulation to extend the expert discovery cut-off deadline for the limited purpose of permitting Plaintiff's deposition of Defendants' police practices expert, Robert Fonzi. (ECF No. 60.) The parties proffer Mr. Fonzi was unable to sit for a deposition as of yet and will not be available to be deposed before the current expert discovery deadline because he recently experienced a family health emergency necessitating the around-the-clock care of a close relative. Accordingly, the parties seek to

1

extend the expert discovery cut-off deadline from January 21, 2022 to March 18, 2022 to permit Plaintiff's deposition of Mr. Fonzi.  The parties do not seek to modify any of the other deadlines, which are unaffected by the parties' proposed extension.  The Court finds good cause exists to grant the stipulated request.

Accordingly, pursuant to the stipulation of the parties and good cause appearing, IT IS HEREBY ORDERED that the February 11, 2020 scheduling order, as amended on January 7, 2021 and April 12, 2021, is further amended as follows:

1. Expert discovery cut-off re: Plaintiff's deposition of Defendants' Police Practices Expert Robert Fonzi: **March 18, 2022**; and

2. All other aspects of the February 11, 2020 scheduling order, as amended on January 7, 2021 and April 12, 2021, remain in effect.

IT IS SO ORDERED.

Dated:   **January 20, 2022**

UNITED STATES MAGISTRATE JUDGE

2