**UNITED STATES DISTRICT COURT**

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LONDON WALLACE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF FRESNO, et al.,<br><br>　　　　Defendants. | Case No. 1:19-cv-01199-AWI-SAB<br><br>ORDER GRANTING WITHDRAWAL OF TONY M. SAIN AS ATTORNEY FOR DEFENDANTS AND DIRECTING CLERK OF COURT TO TERMINATE TONY M. SAIN AS ATTORNEY OF RECORD<br><br>(ECF No. 68) |

　　　　On February 11, 2022, a notice of withdrawal of Tony M. Sain of Lewis Brisbois Bisgaard & Smith, LLP as counsel for Defendants was filed. (ECF No. 68.) Other counsel from the law firm of Manning & Kass, Ellrod, Ramirez, Trester LLC remains as counsel of record.

///
///
///
///
///
///
///
///
///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The request to withdraw Tony M. Sain as counsel is GRANTED; and
2. The Clerk of the Court is DIRECTED to terminate Tony M. Sain as attorney for Defendants.

IT IS SO ORDERED.

Dated: **February 14, 2022**

UNITED STATES MAGISTRATE JUDGE

2