Warren R. Paboojian, No. 128462
wrp@bplaw-inc.com
Adam B. Stirrup, No. 257683
abs@bplaw-inc.com
Nolan C. Kane, No. 287918
nck@bplaw-inc.com
BARADAT & PABOOJIAN, INC.
720 West Alluvial Avenue
Fresno, California 93711
Telephone: (559) 431-5366
Facsimile: (559) 431-1702

Attorneys for Plaintiff
LONDON WALLACE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LONDON WALLACE,<br><br>    Plaintiff,<br><br>    vs.<br><br>CITY OF FRESNO; FRESNO POLICE DEPARTMENT; OFFICER CHRISTOPHER MARTINEZ; OFFICER RICARDO LOZA (DOE 1); OFFICER MICHAEL AGUILAR (DOE 2); OFFICER PATRICK FELLER (DOE 3); and DOES 4 to 25, inclusive,<br><br>    Defendants. | Case No. 1:19-cv-01199-AWI-SAB<br><br>**STIPULATED REQUEST FOR CONTINUANCE OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT HEARING DATE**<br><br>Action Filed    :    7/30/2019<br>Trial Date        :    August 9, 2022 |

Pursuant to Local Rules 143 and 230(f), Plaintiff, LONDON WALLACE, and Defendants, CITY OF FRESNO, FRESNO POLICE DEPARTMENT, OFFICER CHRISTOPHER MARTINEZ, OFFICER RICARDO LOZA, OFFICER MICHAEL AGUILAR and OFFICER PATRICK FELLER, hereby stipulate to continue the hearing date Defendants' Motion for Summary Judgment from March 7, 2022 to April 25, 2022.

Local Rule 230(f) provides that requests for continuances on hearings for motions be made in writing at least seven (7) days before the scheduled hearing date. This stipulated request is far in advance of that deadline of February 28, 2022.

On January 28, 2022, Nolan C. Kane (the attorney handling this matter in Plaintiff's Counsel's office) tested positive for Covid. Mr. Kane was very ill and did not return to the office

until February 7, 2022 (Defendants' Motion for Summary Judgment was filed February 2, 2022.) Mr. Kane was one of eight employees, and one of five attorneys, out of the office unexpectedly in late January.  Accordingly, Plaintiff's Counsel does not have sufficient time to adequately prepare an opposition to Defendants' Motion for Summary Judgment with the current hearing date of March 7, 2022, and Defendants' Counsel has stipulated to a continued hearing date to allow Plaintiff more time to respond.

The matter is currently set for trial on August 9, 2022.

This is the first request for a continuance of the hearing date.

The parties do hereby agree and stipulate as follows:

1. To continue the hearing date for Defendants' Motion for Summary Judgment from March 7, 2022 to April 25, 2022.

2. That Plaintiff's Opposition be filed on or before April 11, 2022.

3. That Defendants' Reply be filed on or before April 18, 2022.

**SO STIPULATED.**

Dated:  February 17, 2022                                                BARADAT & PABOOJIAN, INC.

By:   /s/ Nolan C. Kane
     Warren R. Paboojian
     Adam B. Stirrup
     Nolan C. Kane
     Attorneys for Plaintiff
     LONDON WALLACE

Dated:  February 17, 2022                                                MANNING & KASS ELLROD, RAMIREZ, TRESTER LLP

By:   /s/ Lynn L. Carpenter (as authorized on 2/11/22)
     Mildred K. O'Linn
     Lynn L. Carpenter
     Attorneys for Defendants
     CITY OF FRESNO and OFFICERS CHRISTOPHER MARTINEZ, RICARDO LOZA, MICHAEL AGUILAR and PATRICK FELLER

BARADAT & PABOOJIAN
720 West Alluvial Avenue
Fresno, CA 93711

2

**ORDER**

IT IS SO ORDERED.

Dated: February 17, 2022

_____
SENIOR DISTRICT JUDGE