Warren R. Paboojian, No. 128462
wrp@bplaw-inc.com
Adam B. Stirrup, No. 257683
abs@bplaw-inc.com
Nolan C. Kane, No. 287918
nck@bplaw-inc.com
BARADAT & PABOOJIAN, INC.
720 West Alluvial Avenue
Fresno, California 93711
Telephone: (559) 431-5366
Facsimile: (559) 431-1702

Attorneys for Plaintiff
LONDON WALLACE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LONDON WALLACE,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CITY OF FRESNO; FRESNO POLICE DEPARTMENT; OFFICER CHRISTOPHER MARTINEZ; OFFICER RICARDO LOZA (DOE 1); OFFICER MICHAEL AGUILAR (DOE 2); OFFICER PATRICK FELLER (DOE 3); and DOES 4 to 25, inclusive,<br><br>　　　　Defendants. | Case No. 1:19-cv-01199-AWI-SAB<br><br>**STIPULATION AND ORDER RE: EXTENSION OF TIME TO FILE DISMISSAL OF ENTIRE ACTION**<br><br><br><br><br><br>Action Filed　:　7/30/2019<br>Trial Date　　:　August 9, 2022 |

　　　　It is hereby stipulated between Plaintiff, London Wallace, and Defendant, City of Fresno, by and through their respective counsel, as follows:

　　　　1.　　On August 17, 2022, Plaintiff and Plaintiff's Counsel signed the Full Release Of All Claims Agreement related to the above-captioned matter.

　　　　2.　　According to the Full Release Of All Claims Agreement, issuance of the settlement funds will occur "no later than September 12, 2022."

　　　　3.　　This stipulation is based upon the fact that Plaintiff has not received payment and does not anticipate receiving payment before the Court ordered dismissal deadline.

　　　　4.　　The parties request an extension of time to file a dismissal of the entire action to September 19, 2022.

/ / /

IT IS SO STIPULATED.

Dated: August 19, 2022                                         BARADAT & PABOOJIAN, INC.

                                                By:  /s/ Nolan C. Kane
                                                     Warren R. Paboojian
                                                     Adam B. Stirrup
                                                     Nolan C. Kane
                                                     Attorneys for Plaintiff
                                                     LONDON WALLACE

Dated: August 19, 2022                                         MANNING & KASS LLP

                                                By:  /s/ Mildred K. O'Linn
                                                     Mildred K. O'Linn
                                                     Lynn Carpenter
                                                     Deann Rivard
                                                     Attorneys for Defendant
                                                     CITY OF FRESNO

## **ORDER**

After full consideration of the proposed stipulation by the parties, the Court finds good cause appearing,

**IT IS HEREBY ORDERED THAT:**

1. The parties shall file a dismissal of the entire action by September 19, 2022.

IT IS SO ORDERED.

Dated:  August 19, 2022                         _____
                                                SENIOR DISTRICT JUDGE